**Jack M. Houston, defendant in error, v. Henriette Houston, plaintiff in error. Gen. No. 35,037.**

Opinion filed January 20, 1932.

Myer H. Gladstone and Lawrence & Andalman, for plaintiff in error; Myer H. Gladstone, of counsel. McDonnell & McDonnell, for defendant in error; S. B. McDonnell, Jr., of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

**Ruby A. S. Nicholson, individually and as administratrix of the estate of Harriet E. Smith, deceased, defendant in error, v. Andrew J. Lane et al., defendants. Bertha F. Hooper, plaintiff in error. Gen. No. 34,848.**

Opinion filed January 20, 1932.

A. G. Dicus, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Friend delivered the opinion of the court.

**Philip H. Cohen, appellee, v. Edward A. Pierce et al., trading as E. A. Pierce & Company, appellants. Gen. No. 34,914.**

Opinion filed January 20, 1932. Rehearing denied February 1, 1932.

Levinson, Becker, Glenn & Schwartz, for appellants; G. Gale Gilbert, Jr. and Don M. Peebles, of counsel. H. E. Soble, for appellee.

Mr. Justice Friend delivered the opinion of the court.